# SPECIAL VERDICT QUESTIONS
# FOR THE JURY

ONYX WHITE,
Plaintiff

v.

LUCIA SCHWENK and BRIAN SCHWENK,
Defendants

CIVIL ACTION NO. 19-CA-10206-RGS

April 28, 2022

## VIOLATION OF THE FEDERAL CIVIL RIGHTS ACT, 42 U.S.C. § 1983

1. Did Brian Schwenk deprive Onyx White of his rights under the Eighth Amendment to the U.S. Constitution to be free from cruel and unusual punishment, thus causing Mr. White harm?

   Yes √ No ____

2. Did Lucia Schwenk deprive Onyx White of his rights under the Eighth Amendment to the U.S. Constitution to be free from cruel and unusual punishment, thus causing Mr. White harm?

   Yes √ No ____

3. Did Brian Schwenk deprive Onyx White of his rights under the First Amendment to the U.S. Constitution to be free from retaliation for the exercise of his protected right to petition, thus causing harm to Mr. White?

   Yes √ No ____

4. Did Lucia Schwenk deprive Onyx White of his rights under the First Amendment to the U.S. Constitution to be free from the

1

exercise of his protected right to petition, thus causing Mr. White harm?

Yes √    No ____

## VIOLATION OF 42 U.S.C. § 1985(3)

5. Did Brian Schwenk and Lucia Schwenk conspire to interfere with Onyx White's civil rights by depriving Mr. White of his legal rights or privileges because of his race?

Yes ____    No √

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

6. Did Brian Schwenk intentionally or recklessly cause Onyx White to suffer severe emotional distress?

Yes √    No ____

7. Did Lucia Schwenk intentionally or recklessly cause Onyx White to suffer severe emotional distress?

Yes √    No ____

## COMPENSATORY/PUNITIVE DAMAGES

8. If you answered "Yes" to any or all of Questions 1 through 7, what amount of money will fully and fairly compensate Mr. White?

Numbers $ 25,000.00

Words  Twenty-five thousand dollars

9. If you answered "Yes" to Questions 1 through 5, does the jury in its discretion award punitive damages?

Yes √    No ____

2

10. If the answer to Question 9 is "Yes," what amount of money does the jury award in punitive damages?

Numbers $ 25,000.00

Words Twenty-five thousand dollars

I certify that the foregoing answers are the unanimous answers of the jury.

_Pamela J. Wood_
Foreperson

Dated: 4/28/22

3