IN THE UNITED STATES DISTRICT COURT FOR THE 1st Circuit
Of MASSACHUSSETTS

ONYX WHITE

v

C. A No. 1:19-CV-10206 RGS

THOMAS TURCO et al



Motion to appoint All funds to be directed to the Plaintiff

Due to the Recent Breakdown in Client/Attorney trust. the Plaintiff Ask for this court to Order All funds agreed upon in the Post Settlement with the Defendants to Be Given Directly to the Plaintiff and not his appointed counsel.

The Plaintiff in no way seeks to Delay Stop or hender the Defendants agreed upon Post trial Settlement However the Plaintiff Does ask this court to Rule All funds Mentioned and Promised in The Post trial Settlement Be Directed from the Defendants and Directly to me, The Plaintiff.

This motion incoporates and relies on the Attached Accompanied Affidavit by the Plaintiff Herein as well as attached exhibits

NAME: ONYX White
Signed: [signature]
DATE: 6-13-2022