IN THE UNITED STATES DISTRICT COURT FOR THE 1st Circuit
OF MASSACHUSSETTS

ONYX WHITE

v.                                              C.A NO. 1:19-CV-10206-RGS

THOMAS Turco, et al.

# EMERGENCY
## MOTION TO WITHDRAW Counsel & Appoint STANDBY Pro Bono Counsel

Due to recent Deception BY Plaintiffs counsel, in which they seek a 75 thousand dollar Attorney fee, to be withdrawn from the Plaintiffs Post trial Settlement, and a late contengency Request for fee's. Both in violation of USDC Plan for the Appointment of counsel for indigent parties in certain Civil cases, and appropriate conduct. The Plaintiff Humbly Request that this Court Withdraws counsel Allen David, Meghan Cooper and the LAW offices of Peabody & Arnold from handling this Plaintiffs case any further. Stand by counsel other then the current Law firm and attorneys are requested as well. This Motion incoporates and relies on the Attached Accompanied Affidavit by The Plaintiff Herein as well as attachaued exhibits

NAME: ONYX WHITE
SIGNED: [signature]
DATE: 6-13-2022