UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ONYX WHITE,

   PLAINTIFF,

v.

BRIAN SCHWENK AND LUCIA
SCHWENK,

   DEFENDANTS.

CIVIL ACTION NO.  1:19-CV-10206-RGS

**NOTICE OF WITHDRAWAL OF APPEARANCE**

   Please withdraw our appearances as counsel for the plaintiff.  As grounds for this notice, the undersigned say that the case has been closed and that there has been a breakdown of the attorney-client relationship [ECF Nos. 157, 158, 159].  The undersigned wish to continue to receive notices through the ECF system because of continuing activity with the plaintiff.

        /s/ Allen N. David
        Allen N. David, BBO #115000


        /s/Meghan C. Cooper
        Meghan C. Cooper, BBO #681418

        Peabody & Arnold LLP
        Federal Reserve Plaza
        600 Atlantic Avenue
        Boston, MA  02210
        (617) 951-2100
        adavid@peabodyarnold.com
        mcooper@peabodyarnold.com


Dated:  June 21, 2022

**CERTIFICATE OF SERVICE**

I, Allen N. David, hereby certify that I have, on June 21, 2022 served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF). Participants in this case not registered on the ECF system, if any, will receive service through regular first-class mail, including:

Onyx White (W109830)
Pondville Correctional Center
1 Industries Drive
Norfolk, MA 02056

_/s/ Allen N. David_
Allen N. David

2341058
16543-205798